AO 10
Rev. 1-2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| REINHARDT, STEPHEN R. | US COURT OF APPEALS 9TH CIRC | 03/28/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US CIRCUIT JUDGE (ACTIVE) | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 312 NORTH SPRING STREET<br>ROOM 1747<br>LOS ANGELES, CA 90012 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | TRUST #1 - ███████ TRUST-EXEMPT C |
| 2. TRUSTEE | TRUST #2 - ███████ TRUST-NON-EXEMPT C |
| 3. TRUSTEE | TRUST #3 - ██████ LIVING TRUST DTD 4/21/95 |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 APR 20 A 10: 13 DISCLOSURE OFFICE

Reinhardt_Stephen_R

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 03/28/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2008 | ACLU FOUNDATION OF SO CALIF/ WAGES |
| 2. | 2008 | AMERICAN CIVIL LIBERTIES UNION INC OF SOUTHERN CALIF/ WAGES |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | THE GEORGE WASHINGTON UNIVERSITY LAW SCHOOL | 1/30/08-1/31/08 | WASHINGTON D.C. | SPEAKING ENGAGEMENT | AIRFARE, LODGING AND TRANSPORTATION |
| 2. | VILLANOVA UNIVERSITY | 2/01/08-2/02/08 | VILLANOVA, PENNSYLVANIA | SPEAKING ENGAGEMENT | AIRFARE, LODGING AND TRANSPORTATION |
| 3. | UNIVERSITY OF SAN DIEGO SCHOOL OF LAW | 3/14/08 | SAN DIEGO, CA | SPEAKING ENGAGEMENT | AIRFARE, LODGING AND TRANSPORTATION |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 03/28/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2 | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 03/28/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1: CNB -100 | | | | | | | | | |
| 2. - CNI CHARTER FDS - CALIF TAX EXEMPT FD INSTL CL #242 1 | A | Dividend | J | T | | | | | |
| 3. - FEDERATED AMERICAN LEADERS F D CL C(FALCX) 1 | A | Dividend | L | T | | | | | |
| 4. CITY NATIONAL CHECKING ACCOUNTS | | None | M | T | | | | | |
| 5. UNION BANK CHECKING | | None | K | T | | | | | |
| 6. BROKERAGE ACCOUNT #2: CNB -500 | | | | | | | | | |
| 7. - CNI CHARTER FDS - CALIF TAX EXEMPT FD INSTL CL #242 2 | A | Dividend | K | T | | | | | |
| 8. - COLUMBIA LIFEGOAL BALANCED GROWTH FD C 2 | C | Dividend | M | T | Sold (part) | 1/04 | J | C | |
| 9. - COLUMBIA LIFEGOAL BALANCED GROWTH FD C 2 | | | | | Sold (part) | 7/01 | K | E | |
| 10. TRUST #1 - ████████████ TRUST-EXEMPT C | F | Distribution | | | | | | | See Note 1 Part VIII |
| 11. BROKERAGE A/C #3 CNB 400 | | | | | | | | | |
| 12. - CNI CHARTER FDS - CALIF TAX EXEMPT FD INSTL CL #242 | A | Dividend | | | Sold | 2008 | N | A | See Note 2 Part VIII |
| 13. - GOLDMAN SACS FINL SQR TREAS FD #506 | A | Dividend | N | T | Buy | 2008 | O | | See Note 3 Part VIII |
| 14. - CALIF ST ECON V/R 7/01/23 ████ | B | Interest | | | Sold | 9/23 | L | A | |
| 15. - CALIF ST GENL OBLIG 5/01/34 ████ | A | Interest | | | Sold | 2/19 | L | A | |
| 16. - LA CALIF WTR & PWWR 7/1/34 ████ | A | Interest | | | Sold | 2/19 | L | A | |
| 17. - CALIF ST GENL OBLIG 3/1/09 ████ | A | Interest | K | T | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 03/28/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - BERKELY CALIF UNISCH DIST G O 3 .000% 8/1/09 ▓ | A | Interest | L | T | Buy | 9/3 | L | | |
| 19. - THREE VALLEYS MUN WTR DIST CALIF 11/01/09 ▓ | D | Interest | M | T | | | | | |
| 20. - UNIVERSITY CALIF REV 5.000% 5/15/10 ▓ | B | Interest | L | T | Buy | 4/24 | L | | |
| 21. - GLENDALE CALIF ELEC WKS REV 5.750% 2/01/12 ▓ | D | Interest | M | T | Sold (part) | 2/25 | L | A | |
| 22. - SACRAMENTO CALIF MUN UTIL 11/15/12 ▓ | B | Interest | L | T | | | | | |
| 23. - GOLDEN ST TOB CALIF 5.500% 6/01 /43 ▓ | A | Interest | L | T | Buy | 9/23 | L | | |
| 24. - ANAHEIM CALIF PUB FING AUTH 10/01/13 ▓ | C | Interest | | | Sold | 11/19 | L | B | |
| 25. - WISCONSIN ST GENL OBLIG 3.000% 5/01/08 ▓ | B | Interest | | | Matured | 5/01 | M | A | |
| 26. - UNIVERSITY ARK UNIV REV 5.000% 12/01/09 ▓ | C | Interest | M | T | | | | | |
| 27. - ARIZONA SCH FACS BRD CTFS PAR TN 5.000% 9/01/12 ▓ | A | Interest | L | T | Buy | 8/15 | L | | |
| 28. - MASSACHUSETTS ST GENL OBLIG 5.250% 8/01/11 ▓ | D | Interest | | | Sold | 8/1 | M | A | |
| 29. - SAN JOSE CALIF REDEV 4.750% 8/01/29 | A | Interest | | | Buy | 5/2 | L | | See next line for sale |
| 30. - SAN JOSE CALIF REDEV 4.750% 8/01/29 | | | | | Sold | 8/1 | L | A | |
| 31. - CALIF ST GO V/R 0.640% 5/01/33 | B | Interest | | | Buy | 8/20 | M | | See next line for sale |
| 32. - CALIF ST GO V/R 0.640% 5/01/33 | | | | | Sold | 10/28 | M | A | |
| 33. - CALIF ST GO V/R 1.450% 5/01/40 | B | Interest | | | Buy | 2/19 | L | | See next line for sale |
| 34. - CALIF ST GO V/R 1.450% 5/01/40 | | | | | Sold | 10/28 | L | A | |

1 Income Gain Codes    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 03/28/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - OPPENHEIMER INTL BOND FD CL A | E | Dividend | N | T | Sold (part) | 1/3 | J | A | |
| 36. ACACIA PARTNERS, L.P. | | | P1 | T | | | | | |
| 37. BROKERAGE A/C #4 CNB 200 | G | Distribution | | | | | | | |
| 38. - CNI CHARTER FUNDS | A | Dividend | | | Sold | 2008 | M | A | See Note 4 Part VIII |
| 39. - GOLDMAN SACHS FINL SQR TREAS FD#506 | A | Dividend | K | T | Buy | 2008 | M | | See Note 5 Part VIII |
| 40. - CA ST 9.75% 2/1/08 ███████ | B | Interest | | | Sold | 7/9 | L | A | |
| 41. - CALIFORNIA ST 6.4% 9/1/08 ████ ████ | D | Interest | | | Matured (part) | 2/01 | K | | See next line for remainde |
| 42. - CALIFORNIA ST 6.4% 9/1/08 ████ ████ | | | | | Matured | 9/2 | K | | |
| 43. - CALIF ST 9.2% 10/01/08 ███████ | C | Interest | | | Matured | 10/01 | K | | |
| 44. - TURLOCK CALIF IRR DIST REV 5.000 % 1/01/09 ███████ | B | Interest | K | T | | | | | |
| 45. - ORANGE CNTY CALIF TRNS SALE TAX 2/15/10 ███████ | B | Interest | K | T | | | | | |
| 46. - SAN DIEGO COMM COLLEGE 8/01/10 ███████ | A | Interest | K | T | | | | | |
| 47. - LAUSD 5.250% 7/01/24 ███████ | B | Interest | | | Sold | 12/9 | K | A | |
| 48. - CALIF ST PUB WKS BRD 11/01/24 ███ ███████ | B | Interest | K | T | | | | | |
| 49. TRUST #2 - ███████ TR UST-NON-EXEMPT C | F | Distribution | | | | | | | See Note 6 Part VIII |
| 50. - BROKERAGE A/C #5 CNB 300 | | | | | | | | | |
| 51. - CNI CHARTER FDS | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 03/28/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - CALIF INFRASTRUCTURE 4/01/33 ■ ▬▬▬ | A | Interest | | | Sold | 1/10 | L | A | |
| 53.  JOHN HANCOCK LIFE INS CO - ANNUITY | D | Distribution | M | W | | | | | |
| 54.  SYMETRA LIFE INS CO - ANNUITY | C | Distribution | K | W | | | | | |
| 55.  MERRILL LYNCH IRA -P48 | C | Distribution | L | T | | | | | |
| 56.  - MERRILL LYNCH RETIREMENT RESERCES CL | | | J | T | | | | | |
| 57.  - BLACKROCK SMALL CAP | | | J | T | | | | | |
| 58.  - BLACKROCK LARGE CAP | | | J | T | | | | | |
| 59.  - BLACKROCK FUNDAMENTAL | | | J | T | | | | | |
| 60.  - BLACKROCK INTERNATIONAL | | | J | T | | | | | |
| 61.  - BLACKROCK BASIC | | | J | T | | | | | |
| 62.  - BLACKROCK VALUE | | | J | T | | | | | |
| 63.  - BLACKROCK SHORT TERM | | | K | T | | | | | |
| 64.  - BLACKROCK HIGH INCOME | | | J | T | | | | | |
| 65.  - BLACKROCK TOTAL RETURN | | | K | T | | | | | |
| 66.  MERRILL LYNCH IRA -A68 | B | Distribution | K | T | | | | | |
| 67.  - RETIREMENT SERVICES -CL | | | J | T | | | | | |
| 68.  - ML TREND- FOLLOWING | | | K | T | | | | | See Note 7 Part VIII |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 03/28/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. MERRILL LYNCH ACLU DEFERRED COMP PLAN IRREV TR-C08 | | | N | T | | | | | |
| 70. -CMA MONEY FUND | | | K | T | | | | | |
| 71. - BLACKROCK LARGE CAP | | | K | T | | | | | |
| 72. - BLACKROCK INFLATION | | | K | T | Buy | 12/31 | K | | |
| 73. -BLACKROCK GLOBAL SMALL CAP | | | J | T | | | | | |
| 74. - BLACKROCK INT BD II INST | | | L | T | Buy | 12/31 | L | | |
| 75. -BLACKROCK GLOBAL | | | K | T | | | | | |
| 76. -BLACKROCK EQUITY DIVIDEND | | | L | T | | | | | |
| 77. - BLACKROCK GLOBAL ALLOCATION | | | L | T | | | | | |
| 78. - BLACKROCK TOTAL RETURN | | | | | Sold | 12/31 | M | A | |
| 79. MERRILL LYNCH - 390 AIG SUN POLARIS PROTECTOR | | None | M | T | | | | | |

1 Income Gain Codes    A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000        G =$100,001 - $1,000,000        H1 =$1,000,001 - $5,000,000        H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less        K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000        O =$500,001 - $1,000,000        P1 =$1,000,001 - $5,000,000        P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000        P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal        R =Cost (Real Estate Only)        S =Assessment        T =Cash Market
(See Column C2)    U =Book Value        V =Other        W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 03/28/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

NOTE 1: TRUST #1 - ▆▆▆▆▆▆▆Y TRUST - EXEMPT C contains BROKERAGE ACCOUNT #3: CNB-400. This brokerage account had income in 2008 consisting of interest, dividends, capital gains, and distributions. TRUST #1 - ▆▆▆▆▆▆▆ EXEMPT C also holds the following partnership which had no cash income reported: Acacia Partners.

NOTE 2: LINE 12, CNI CHARTER FDS - CALIF TAX EXEMPT FD INSTL CL #242: This is a money market sweep sale which occurred throughout the reporting period. Therefore, there is no specific transaction date to disclose.

NOTE 3: LINE 13, GOLDMAN SACHS FINL SQR TREAS FD #506: This is a money market sweep purchase which occurred throughout the reporting period. Therefore, there is no specific transaction date to disclose.

NOTE 4: LINE 38, CNI CHARTER FDS - CALIF TAX EXEMPT FD INSTL CL #242: This is a money market sweep sale which occurred throughout the reporting period. Therefore, there is no specific transaction date to disclose.

NOTE 5: LINE 39, GOLDMAN SACHS FINL SQR TREAS FD #506: This is a money market sweep purchase which occurred throughout the reporting period. Therefore, there is no specific transaction date to disclose.

NOTE 6: TRUST #2 - ▆▆▆▆▆▆▆ TRUST - NON-EXEMPT C contains BROKERAGE ACCOUNT #5: CNB-300. This brokerage account had income in 2008 consisting of interest, dividends, and capital gains.

NOTE 7: LINE 68 - NAME CHANGE: ON 2007 REPORT, NAMED "MLJWH STRAT ALLOC FD LP."

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN-R. | 03/28/2009 · |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544